**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-30659 |
| | : | (Chapter 7) |
| **BRENDA HUFFMAN** | : | (Judge L. Humphrey) |
| | : | |
| | : | **TRUSTEE'S ABANDONMENT** |
| Debtor | : | |

Upon application of General Electric Credit Union, a creditor herein, it appearing that the creditor has a first and best lien in the sum of $17,938.45 in the following described personal property owned by the Debtor:

Personal Property:    2009 Jeep Wrangler
                      Mftr. Serial No.  1J4FA54119L727791
                      NADA Used Car Value----approx. $15,350

and it appearing that the property is burdensome to the estate, and it further appearing that no creditor has filed a request for further notice of abandonment nor has the Court ordered any further notice of abandonment, the Trustee hereby abandons said property pursuant to 11 U.S.C. Sec. 554(a).

/s/ Donald F. Harker III
DONALD F. HARKER III, Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Trustee's Abandonment* was served (i) **electronically** on the date of filing through the Court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. Mail** on June 1, 2017 addressed to:

Brenda Huffman
638 Idaho Drive
Xenia, OH 45385

/s/ William B. Fecher
WILLIAM B. FECHER #39240